51 So.2d 918

William S. SIMPSON v. STATE.
3 Div. 932.

Court of Appeals of Alabama.
Jan. 12, 1951.

Appeal from Circuit Court, Conecuh County; F. W. Hare, Judge.

PER CURIAM.
Appeal dismissed.

47 So.2d 926

Bloomer SIMS v. STATE.
7 Div. 62.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Clay County; W. W. Wallace, Judge.

Violating prohibition law.

A. A Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 923

Charles R. (alias) SIMS v. STATE.
8 Div. 814.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

45 So.2d 870

Charles Ray (alias) SIMS v. STATE.
8 Div. 820.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Assault with weapon.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

51 So.2d 918

Callie SLEDGE v. CITY OF HUNTSVILLE.
8 Div. 889.

Court of Appeals of Alabama.
Jan. 18, 1951.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

PER CURIAM.
Appeal dismissed.

46 So.2d 866

Clarence SMITH v. STATE.
5 Div. 314.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.